UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CLARICE NOVAS and ) <br> FRANKLIN D. WRIGHT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> RUSS DEAN FORD, INC., ) <br> a Washington corporation, ) <br> ) <br> Defendant. ) <br> _____) | Case No. CIV-04-421-E-LMB <br><br> **ORDER** |

Currently pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 28). Pursuant to District of Idaho Local Civil Rule 7.1(c)(1), a responding party "must serve and file a response brief . . . within twenty-one (21) days after service upon the party of the memorandum of points and authorities of the moving party." Further, pursuant to Federal Rules of Civil Procedure 5(b)(2)(D) and 6(e), when a moving party electronically serves a motion, the responding party is allowed an additional three days to respond.

Defendant filed and electronically served its motion for summary judgment on February 14, 2006; thus, Plaintiff's response memorandum was due on or before March 10, 2006. To date, Plaintiff has not filed any opposition and, accordingly, it is within the Court's discretion to deem Defendant's motion for summary judgment unopposed. Dist. Idaho Loc. Civ. R. 7.1(e). However, the Court will defer such a decision until **April 13, 2006**.

**ORDER -1-**

Accordingly, IT IS HEREBY ORDERED that if Plaintiffs do not file a response to Defendant's Motion for Summary Judgment, along with the requisite statement of facts that are in dispute, on or before **April 13, 2006**, the Court will

1. deem Defendant's Motion for Summary Judgment unopposed pursuant to District of Idaho Local Civil Rule 7.1(e),

2. vacate the motion hearing currently scheduled for May 23, 2006, and

3. take Defendant's Motion for Summary Judgment (Docket No. 28) under advisement without further briefing. *See Henry v. Gill Indus., Inc.*, 983 F.2d 943, 949 (9th Cir. 1993) (explaining that a court may grant summary judgment in favor of the movant when responsive papers have not been filed if the movant's papers themselves do not reveal a genuine issue of material fact and are sufficient to support a motion for summary judgment).



DATED: **March 30, 2006**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER -2-