UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CLARICE NOVAS and<br>FRANKLIN D. WRIGHT,<br><br>       Plaintiffs/Counterdefendants,<br><br>vs.<br><br>RUSS DEAN FORD, INC.,<br>a Washington corporation,<br><br>       Defendant/Counterclaimant. | Case No. CIV-04-421-E-LMB<br><br>**ORDER** |

The Court has received a proposed writ of execution from Defendant/Counterclaimant Russ Dean Ford, seeking to execute on the Judgment entered on November 14, 2006 (Docket No. 60). The proposed writ is supported by the Affidavit of B.J. Driscoll, counsel for Defendant, filed on February 7, 2007, but is not accompanied by a corresponding motion or application. Nonetheless, it is appropriate to enter a writ of execution based on the parties' earlier Stipulation for Entry of Judgment, which provides that "execution may issue at once" on the agreed-upon judgment because Plaintiffs had agreed to pay the amount owing on the proposed judgment on or before October 16, 2006 and, as of November 13, 2006, had failed to make any payments. *See Stipulation*, ¶¶ 2, 3, 5 (Docket No. 58).

Entry of a writ of execution also is appropriate because Defendant has complied with the process for executing on the Judgment and has proposed a writ in accordance with Idaho law. *See* Fed. R. Civ. P. 69(a) (explaining that the "[p]rocess to enforce a judgment for the payment of money shall be a writ of execution, unless the court directs otherwise" and that this process

ORDER - 1

"shall be in accordance with the practice and procedure of the state in which the district court is located"); Idaho Code § 11-102 (requiring that a writ "be issued in the name of the people, sealed with the seal of the court, and subscribed by the clerk, and be directed to the sheriff").

For all these reasons, Defendant's request for a writ of execution is granted, and the Clerk of the Court is directed to issue the attached Writ of Execution.

## ORDER

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court subscribe the attached Writ of Execution, seal it with the court's seal, and return it to Defendant's counsel.

DATED: **February 21, 2007**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER - 2

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| CLARICE NOVAS and<br>FRANKLIN D. WRIGHT,<br><br>　　　　Plaintiffs/Counterdefendants,<br><br>vs.<br><br>RUSS DEAN FORD, INC.,<br>a Washington corporation,<br><br>　　　　Defendant/Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-04-421-E-LMB<br><br>**WRIT OF EXECUTION** |

THE PEOPLE OF THE STATE OF IDAHO

　　　To the Sheriff of the County of Bingham,

GREETINGS:

| | |
|---|---:|
| Judgment | $63,750.90 |
| Costs | $10.00 |
| Interest | $1,503.17 |
| Payments | $0.00 |
| Total | $65,264.07 |

　　　WHEREAS, the defendant, RUSS DEAN FORD, INC., recovered judgment in the said United States District Court for the District of Idaho, against CLARICE NOVAS and FRANKLIN D. WRIGHT, on **November 14, 2006**, for the sum of $**63,750.90**, with interest at the legal rate for judgments as prescribed by Idaho Code § 28-22-104 until paid, together with costs and disbursements at the date of said judgment and accruing costs as appear to us on record.

WRIT OF EXECUTION

And whereas, the judgment roll in the action in which said judgment was entered is filed in the United States District Court for the District of Idaho, and the said judgment was docketed, on the day and year first above written.

And the sum of $63,750.90 with interest in the amount of $1,503.17, plus costs of $10.00, less payments of $0.00 for a total of $65,264.07 is now—as of February 7, 2007—actually due on said judgment.

NOW, THEREFORE, YOU, the said Sheriff, are hereby required to make the said sums due on said judgment with interest as aforesaid, and costs and accruing costs, to satisfy said judgment in full out of the personal property of said debtor, or if sufficient personal property of said debtor cannot be found, then out of the real property in your County belonging to the debtor on the day whereon said judgment was docketed in said County, or at any time thereafter.  Pursuant to Idaho Code § 11-103 you may make return hereon not less than 10 nor more than 60 days after your receipt hereof, with what you have done endorsed thereon.

WRIT OF EXECUTION