UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CLARICE NOVAS and ) <br> FRANKLIN D. WRIGHT, ) <br> ) <br>     Plaintiffs/Counterdefendants, ) <br> ) <br> vs. ) <br> ) <br> RUSS DEAN FORD, INC., ) <br> a Washington corporation, ) <br> ) <br>     Defendant/Counterclaimant. ) <br> _____ ) | Case No. CV-04-421-E-LMB <br><br> **ORDER** |

**To:**     **Franklin Wright**
                **1308 W. Hoff Road**
                **Blackfoot, ID 83221**

Currently pending before the Court is Defendant's Motion for Order of Examination (Docket No. 63). The time for opposing this Motion has passed without any response by Plaintiffs. For this reason, and based on the applicable law and good cause appearing for granting the Motion;

**IT IS THEREFORE HEREBY ORDERED** that Defendant's Motion for Order of Examination of Franklin Wright (contained in Docket No. 63) is GRANTED. Franklin Wright shall appear before the Honorable Larry M. Boyle and answer upon oath concerning your property pursuant to Idaho Code Section 11-501, at **9:00 a.m. on May 29, 2007** at the Federal

ORDER - 1

Courthouse located at 801 E. Sherman, Pocatello, Idaho.



DATED: **April 25, 2007**.

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge

ORDER - 2