UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CLARICE NOVAS and ) <br> FRANKLIN D. WRIGHT, ) <br>  ) <br>     Plaintiffs/Counterdefendants, ) <br>  ) <br> vs. ) <br>  ) <br> RUSS DEAN FORD, INC., ) <br> a Washington corporation, ) <br>  ) <br>     Defendant/Counterclaimant. ) <br> _____) | Case No. CV-04-421-E-LMB <br><br> **ORDER** |

**To:   Clarice Novas**
**1308 W. Hoff Road**
**Blackfoot, Idaho  83221**

Currently pending before the Court is Defendant's Motion for Order of Examination (Docket No. 63). The time for opposing this Motion has passed without any response by Plaintiffs. For this reason, and based on the applicable law and good cause appearing for granting the Motion;

**IT IS THEREFORE HEREBY ORDERED** that Defendant's Motion for Order of Examination of Clarice Novas (contained in Docket No. 63) is GRANTED. Clarice Novas shall appear before the Honorable Larry M. Boyle and answer upon oath concerning your property pursuant to Idaho Code Section 11-501, at **9:30 a.m. on May 29, 2007** at the Federal Courthouse located at 801 E. Sherman, Pocatello, Idaho.



DATED: **April 25, 2007**.

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge

ORDER - 1